FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICCI K. FRISK,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON; and THE OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>    Defendants. | No. 2:21-CV-00005-SAB<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND DENYING MOTION TO WITHDRAW** |

    Before the Court are Plaintiff's First Motion to Withdraw as Attorney, ECF No. 11; Defendants' Motion for Protective Order, ECF No. 16; and Defendants' associated Motion to Expedite, ECF No. 19. The Motions were considered without oral argument and on an expedited basis. Plaintiff is represented by Dayle Andersen. Defendants are represented by Katie Merrill and Katherine McNulty.

    With respect to Defendants' Motion for Protective Order, the Court concludes that the records sought by Plaintiff are discoverable, provided that they are redacted as envisioned by Wash. Rev. Code § 42.56.250(6).[1] For this reason,

---

[1] Defendants must also comply with the statute's remaining requirements, such as notification of the complainant, other accuser, or witness. Wash. Rev. Code § 42.56.250(6).

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND DENYING MOTION TO WITHDRAW** *1

the Court grants the Motion for Protective Order by entering the Stipulated Protective Order into the record. It also extends the discovery deadline to provide counsel adequate time to produce the remaining documents.

Further, the Court has determined that counsels' Motion to Withdraw is premature, since no other counsel has filed a Notice of Appearance on behalf of Plaintiff and the Motion does not indicate that new counsel has been secured. That being the case, the Court denies the Motion to Withdraw with leave to renew.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's First Motion to Withdraw as Attorney, ECF No. 11, is **DENIED**, with leave to renew.

2. Defendants' Motion for Protective Order, ECF No. 16, is **GRANTED**. The parties' Stipulated Protective Order, ECF No. 18, is **ACCEPTED into the record**.

3. Defendants' Motion to Expedite, ECF No. 19, is **GRANTED**.

4. The discovery deadline in this action is extended to **January 7, 2022**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 8th day of December 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND DENYING MOTION TO WITHDRAW *2**