FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICCI K. FRISK,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON and the OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>    Defendants. | No. 2:21-CV-00005-SAB<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS FOR DEFAMATION AND DEFAMATION BY IMPLICATION** |

    Before the Court is Defendants' Motion for Partial Summary Judgment on Plaintiff's Claims for Defamation and Defamation by Implication, ECF No. 20. In the motion, Defendants request that the Court dismiss Plaintiff's claims for defamation and defamation by implication because they fail as a matter of law. Plaintiff in response states that he does not oppose dismissal of these two causes of action. The Court finds good cause to grant the motion.

//
//
//
//
//
//
//

**ORDER DISMISSING PLAINTIFF'S CLAIMS FOR DEFAMATION AND DEFAMATION BY IMPLICATION** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Partial Summary Judgment on Plaintiff's Claims for Defamation and Defamation by Implication, ECF No. 20, is **GRANTED**.

2. Plaintiff's Causes of Action Five and Six, Defamation and Defamation by Implication, are **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 14th day of February 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING PLAINTIFF'S CLAIMS FOR DEFAMATION AND DEFAMATION BY IMPLICATION** # 2